UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:18-cv-22551-KMW-EGT

JOHAN SOSA on behalf of himself and others
similarly situated,

    Plaintiff,

v.

BRASSERIE CENTRAL, LLC, a Florida limited
liability company, and PASCAL OUDIN, an individual,

    Defendants.

_____/

## JOINT NOTICE OF FILING SETTLEMENT AGREEMENT

Plaintiff, JOHAN SOSA, and the Opt-In Plaintiffs, ALBERTO FILPOS, MIKEL SALUP, PAULA GUTIERREZ and RAUL STUVEN (collectively referred to as "Plaintiffs") and Defendants, BRASSERIE CENTRAL, LLC and PASCAL OUDIN (collectively referred to as "Defendants"), by and through their undersigned counsel, and pursuant to the Court's Order dated September 30, 2018 [DE #25], hereby file their Settlement Agreement in the captioned case, attached hereto as Exhibit "A," for the Court's review and approval of the mutually agreed-upon terms and conditions of settlement, in connection with the Joint Motion for Approval of the Parties' Settlement and Dismissal with Prejudice [DE #24] ("Joint Motion").

Plaintiff's counsel has authorized Defense counsel to file this Joint Notice of Filing Settlement Agreement on Plaintiff's behalf.

Dated: October 4, 2018
   Miami, Florida

Respectfully submitted,

*s/Robert W. Brock*
Robert W. Brock, II, Esq.
Florida Bar No. 75320
Law Office of Lowell J. Kuvin, LLC
17 East Flagler Street
Suite 223
Miami, FL 33131
Telephone: (305) 358-6800
Facsimile: (305) 358-6808
Email: robert@kuvinlaw.com
legal@kuvinlaw.com

*Attorneys for Plaintiff, Johan Sosa, and the Opt-in Plaintiffs*

*s/Elitsa V. Yotkova*
Elitsa V. Yotkova, Esq.
Florida Bar No. 0113725
eyotkova@stearnsweaver.com
Andrew L. Rodman, Esq.
Florida Bar No. 0192198
E-mail: arodman@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
150 W. Flagler St., Museum Tower, Suite 2200
Miami, FL 33130
Telephone: 305-789-3200
Facsimile: 305-789-3395

*Attorneys for Defendants, BRASSERIE CENTRAL, LLC, and PASCAL OUDIN*

#6862740

-2-