UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-22551-CIV-WILLIAMS

JOHAN SOSA, *et al*

    Plaintiffs,

v.

BRASSERIE CENTRAL, LLC and
PASCAL OUDIN

    Defendants.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court on the Parties' joint stipulation for dismissal with prejudice. (DE 27). Upon review of the stipulation, Magistrate Judge Edwin G. Torres' approval of the settlement agreement (DE 28) and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case. The Court will retain jurisdiction to enforce the terms of the settlement agreement for a period of one year from the date of this Order.

**DONE AND ORDERED** in chambers in Miami, Florida, this 12th day of October 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE